**FILED**
August 28, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                   Plaintiff,        )<br>v.                                              )<br>                                                      )<br>ALYSSA BRULEZ,                    )<br>                                                      )<br>                   Defendant.    ) | CASE NUMBER: 2:15-mj-00171-EFB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Alyssa Brulez</u>; Case <u>2:15-mj-00171-EFB</u> from custody and for the following reasons:

- __ Release on Personal Recognizance

- __ Bail Posted in the Sum of _____

- _X_ Unsecured Appearance Bond in the amount of $100,000.00; co-signed by Emelie Brulez

- __ Appearance Bond with 10% Deposit

- __ Appearance Bond secured by Real Property

- __ Corporate Surety Bail Bond

- _X_ (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at  <u>Sacramento, CA</u>  on  <u>8/28/2015</u>  at  2:40 pm

By _____
Kendall J. Newman
United States Magistrate Judge