Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorney for:
ALYSSA BRULEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ALYSSA BRULEZ<br><br>            Defendant | CASE NO.  15-0189 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 7/8/16. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant ALYSSA BRULEZ, represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 24, 2016.

2. By this stipulation, defendant now moves to continue the status conference until July 8, 2016, and to exclude time between June 24, 2016, and July 8, 2016, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time to review the discovery, continue to conduct investigation, finalize a proposed plea agreement and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    b) The government does not object to the continuance.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

      c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2016, to July 8, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 22, 2016                               BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Michael Beckwith
                                                 MICHAEL BECKWITH
                                                 Assistant United States Attorney

Dated:  June 22, 2016                               /s/   Dina L. Santos
                                                 DINA SANTOS, ESQ.
                                                 Attorney for Alyssa Brulez

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 23, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge