Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
ALYSSA BRULEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 15-0189 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 7/29/16. (AMENDED) |
| v. | |
| ALYSSA BRULEZ | |
| Defendant | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant ALYSSA BRULEZ, represented by Attorney Dina Santos, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 8, 2016.

2. By this stipulation, defendant now moves to continue the status conference until July 29 2016, and to exclude time between July 8, 2016, and July 29, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to review the discovery, continue to conduct investigation, finalize a proposed plea agreement and to otherwise prepare for trial. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   b) The government does not object to the continuance.

      c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 8, 2016, to July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 7, 2016                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Michael Beckwith
                                                MICHAEL BECKWITH
                                                Assistant United States Attorney

Dated: July 7, 2016                                /s/   Dina L. Santos
                                                DINA SANTOS, ESQ.
                                                Attorney for Alyssa Brulez

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge