PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALYSSA BRULEZ<br><br>          Defendant. | CASE NO. CR S 2:15-0189 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

   The parties request that the status conference currently set for November 18, 2016, be continued to December 2, 2016, and stipulate that the time beginning November 18, 2016, and extending through December 2, 2016, should be excluded from the calculation of time under the Speedy Trial Act and Local Code T4.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4]. Specifically, counsel needs additional time to investigate the facts of the case, review discovery and to negotiate a resolution to this matter.  The parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161(h)(7)(B)(iv).

 ///

 ///

Stipulation and Order                                   1

Dated: November 17, 2016

PHILLIP A. TALBERT
Acting United States Attorney

Dated: November 17, 2016

/s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant United States Attorney

Dated: November 17, 2016

/s/ Dina L. Santos
DINA L. SANTOS
Attorney for defendant Alyssa Brulez

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 18, 2016, be continued to December 2, 2016.  Based on the representation of counsel and good cause appearing therefrom, the Court herby finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including December 2, 2016, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

Dated: November 17, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge