UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALYSSA TEGAN BRULEZ,<br><br>　　　　Defendant. | No. 2:15-cr-0189-GEB<br><br>**ORDER REGARDING IN CAMERA REQUESTS** |

　　　　On January 13, 2017, Defendant filed on the public docket notice that she seeks reconsideration of the adverse sealing decision issued in this case; and Defendant emailed chambers three documents she requests be considered in camera and filed under seal.

　　　　The request for reconsideration is denied. However, Defendant argues in the alternative for redaction authority; that request is granted, and the three emailed documents shall be filed under seal.

Dated:   January 18, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1