Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
ALYSSA BRULEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALYSSA BRULEZ<br><br>　　　　　　　　　Defendant | CASE NO. 15-0189 GEB<br><br>STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL SUPERVISION |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant ALYSSA BRULEZ, represented by Attorney Dina Santos, hereby stipulate to modify the special condition of pre-trial release, due to Ms. Brulez admitting that she drove without a license on December 31, 2016. The following condition shall be included in the special conditions of release:

"You must not drive a motor vehicle without a valid driver's license and proof of insurance; and,

You must make reasonable efforts to begin making payments and provide proof of payment to Pretrial Services for all traffic fines, fees, and citations in a timely manner."

The parties also stipulate that special condition 18 should be modified to read as follows:

"You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18; however, the defendant may be allowed to drop off or pick up her son from school with prior approval from Pretrial Services."

　　　IT IS SO STIPULATED.

1

Dated: February 1, 2017  BENJAMIN B. WAGNER
United States Attorney

/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney

Dated: February 1, 2017  /s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Alyssa Brulez

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 7, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE