1   Dina L. Santos, SBN 204200
    A Professional Law Corporation
2   455 Capitol Mall, Suite 802
    Sacramento, CA 95814
3   Telephone:  (916) 447-0160

4
    Attorney for:
5   Alyssa Brulez

6                    IN THE UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,              CASE NO.  15 CR 00189 GEB

10                        Plaintiff,        STIPULATION AND ORDER RESETTING
                                            BRIEFING SCHEDULE
11              v.

12  ALYSSA BRULEZ,
                           Defendant.
13

14                              **STIPULATION**

15       1.      It is hereby stipulated by and between Assistant United States Attorney Michael

16  Beckwith,  Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Alyssa Brulez,

17  that the current date scheduled for May 5, 2017, be vacated and the matter be continued to this Court's

18  criminal calendar on  June 16, 2017 for judgment and sentencing.  The briefing schedule will be

19  amended as follows:

20       2.      Judgment and Sentencing Date:            June 16, 2017

21       3.      Motion for Correction of the Report       May 26, 2017

22       4.      Report shall be filed with the Court       May 12, 2017

23       5.      Counsels written objections to Probation   May 5, 2017

24       6.      Proposed Pre-Sentence Report Due to Counsel   April 21, 2017

25

26       IT IS SO STIPULATED.

27

28

    Stip. & [Proposed] Order Continuing J&S            1

1   Dated:  March 18, 2017                     PHILLIP TALBERT
                                               United States Attorney
2

3                                               /s/ Michael Beckwith
                                               MICHAEL BECKWITH
4                                              Assistant United States Attorney

5
    Dated:  March 18, 2017                      /s/   Dina L. Santos
6                                              DINA SANTOS, ESQ.
                                               Attorney for Alyssa Brulez
7

8

9

10

11                                        **ORDER**

12          IT IS SO FOUND AND ORDERED.

13          Dated:  March 21, 2017

14

15

16   _____
     GARLAND E. BURRELL, JR.
17   Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

     Stip. & [Proposed] Order Continuing J&S            2