Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160

Attorney for:
Alyssa Brulez

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 15 CR 00189 GEB |
| Plaintiff, | STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE |
| v. | |
| ALYSSA BRULEZ, | |
| Defendant. | |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Alyssa Brulez, that the current date scheduled for June 16, 2017, be vacated and the matter be continued to this Court's criminal calendar on June 30, 2017 for judgment and sentencing. The briefing schedule will be amended as follows:

| | | |
|---|---|---|
| 2. | Judgment and Sentencing Date: | June 30, 2017 |
| 3. | Motion for Correction of the Report | June 23, 2017 |
| 4. | Report shall be filed with the Court | June 9, 2017 |
| 5. | Counsels written objections to Probation | June 2, 2017 |
| 6. | Proposed Pre-Sentence Report Due to Counsel | May 19, 2017 |

IT IS SO STIPULATED.

Stip. & [Proposed] Order Continuing J&S    1

Dated: April 24, 2017

PHILLIP TALBERT
United States Attorney

/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney

Dated: April 24, 2017

/s/ Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Alyssa Brulez

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 26, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge