Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
ALYSSA BRULEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALYSSA BRULEZ<br><br>　　　　　　Defendant | CASE NO. 15-CR-0189 GEB<br><br>STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL SUPERVISION |

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, and Defendant ALYSSA BRULEZ, represented by Attorney Dina Santos, hereby stipulate to remove the pretrial condition that required drug/alcohol testing. The modified conditions of release are attached for the Court's review. Pretrial Services has recommended this amendment.

　　　IT IS SO STIPULATED.


Dated: November 29, 2017　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Michael Beckwith
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL BECKWITH
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

Dated: November 29, 2017            /s/   Dina L. Santos
DINA SANTOS, ESQ.
Attorney for Alyssa Brulez

# ORDER

IT IS SO FOUND AND ORDERED this 29th day of November, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE