Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
ALYSSA BRULEZ

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ALYSSA BRULEZ<br><br>      Defendant | CASE NO. 15-0189 GEB<br><br>STIPULATION AND ORDER TO MODIFY<br>CONDITIONS OF PRETRIAL RELEASE |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney,

Michael Beckwith and Defense Counsel, Dina L. Santos; Counsel for Defendant, Alyssa Brulez,

that the below conditions be modified as follows:

14. You shall remain inside your residence every day from 10:30 p.m. to 6:00 a.m, or as

adjusted by the pretrial services officer for medical, religious services, employment or court-

ordered obligations.

All other conditions would remain in full force and effect.

Pretrial Services has suggested these modifications and is supportive of this modification.

Dated: July 16, 2018       /s/ Dina L. Santos

1

DINA SANTOS, ESQ.
Attorney for Alyssa Brulez

Dated:  July 16, 2018

/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant United States Attorney

**<u>ORDER</u>**

**IT IS SO ORDERED**:

DATE:  July 17, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE