# FIFTH AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Brulez, Alyssa
No.: 2:15-CR-00189-GEB-2
Date:July 12, 2018

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall not obtain a passport or other travel documents during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall not associate or have any contact with your co-defendants or any victims in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

14. ***CURFEW: You shall remain inside your residence every day from <u>10:30 p.m. to 6:00 a.m.</u>, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.***

15. You shall only access the Internet at work for employment related purposes. You shall not access the Internet at any other location and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

16. You shall only use a computer at work for employment related purposes. You shall not use or possess a computer or any device capable of accessing the Internet at any other location;

17. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18; however, you may be allowed to drop off and pick up her son from school with prior approval from Pretrial Services, and you shall be allowed to go with your children to the play structure in your apartment complex during your curfew hours;

18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and

19. You shall not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18;

20. You must not operate a motor vehicle without a valid driver's license and proof of insurance; and

21. You must make reasonable efforts to begin making payments and provide proof of payment to Pretrial Services for all traffic fines, fees, and citations in a timely manner.