| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL M. BECKWITH<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-189 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER |
| ALYSSA TEGAN BRULEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Judgment and Sentencing is currently scheduled for July 26, 2019.

2. By this stipulation, the parties now move to vacate the current date for Judgment and Sentencing and set September 27, 2019, as the new date for Judgment and Sentencing.

///

///

///

///

///

///

Stipulation and [Proposed] Order

1

1       3.     The parties agree and stipulate that they need additional time to develop and consider
2 evidence that may be relevant to the Court's sentencing determination. Additionally, counsel for the
3 defendant needs additional time to review the discovery, conduct investigation, and meet with the
4 defendant.

5      IT IS SO STIPULATED

7 Dated: July 25, 2019                       /s/ *Michael M. Beckwith*
8                                           MICHAEL M. BECKWITH
                                          Assistant United States Attorney

10 Dated: July 25, 2019                      /s/ *Dina Santos*
11                                           DINA SANTOS
                                          Attorney for defendant
12                                           Alysa Tegan Brulez

**ORDER**

The Court, having read and considered the parties' Stipulation, hereby orders the following:

1. The Judgment and Sentencing set for July 26, 2019 is vacated;
2. Judgment and Sentencing is rescheduled for September 27, 2019.

IT IS SO ORDERED.

Dated: July 26, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge