McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ALYSSA TEGAN BRULEZ,<br><br>                              Defendant. | CASE NO. 2:15-cr-189 GEB<br><br>MOTION TO DISMISS WITHOUT PREJUDICE |

Pursuant to Federal Rule of Criminal Procedure 48(a), the government moves to dismiss without prejudice the remaining counts against defendant Alyssa Tegan Brulez in the pending indictment (ECF Dkt. No. 10), specifically, Counts Two and Three (as to this defendant only). The defendant has no objection to this motion.

Dated:  December 19, 2019            McGREGOR W. SCOTT
                                     United States Attorney


                                      /s/ Michael M. Beckwith
                                     MICHAEL M. BECKWITH
                                     Assistant United States Attorney

# ORDER

The Court, having read and considered the government's motion, hereby orders that Count Two and Count Three of the pending Indictment (ECF Dkt. No. 10) are hereby dismissed without prejudice as to Alyssa Tegan Brulz only.

IT IS SO ORDERED.

Dated: December 20, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge