1  Dina L. Santos, SBN 204200
   A Professional Law Corporation
2  455 Capitol Mall, Suite 802
   Sacramento, CA 95814
3  Telephone: (916) 447-0160
   Facsimile: (916) 447-2988
4

5  Attorney for:
   ALYSSA BRULEZ

6

          IN THE UNITED STATES DISTRICT COURT
7
          EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,            CASE NO. 15-0189 GEB
10
                        Plaintiff,      STIPULATION AND ORDER TO MODIFY
11                                       CONDITIONS OF PRETRIAL RELEASE

12          v.

   ALYSSA BRULEZ
13                      Defendant

14

15

16          It is hereby stipulated by Counsel for the Government, Assistant United States Attorney,

17  Michael Beckwith and Defense Counsel, Dina L. Santos; Counsel for Defendant, Alyssa Brulez,

18  that the below conditions be modified as follows due to the dismissal of counts 2 and 3 of the

19
    indictment. All parties are in agreement considering the motion to dismiss counts 2 and 3 of the
20
    Indictment with the remaining charge being Misprision of a Felony.
21
            All conditions regarding restrictions involving minors, internet use, computer use,
22
    location monitoring and curfew will be removed. The condition of employment and counseling
23
    will also be removed, as Defendant is pregnant with her fourth child and the employment
24
    condition is not seen as necessary. The condition regarding counseling was suspended in 2018 at
25
    the request of Ms. Brulez's counselor.
26

27          All other conditions would remain in full force and effect.

28
                                        1

Pretrial Services has suggested these modifications and is supportive of this modification.

The Sixth Amended Condition of Release is attached for the Courts review.

Dated:  Dec. 20, 2020                     /s/   Dina L. Santos
                                          DINA SANTOS, ESQ.
                                          Attorney for Alyssa Brulez


Dated:  Dec. 20, 2020                     /s/ Michael Beckwith
                                          MICHAEL BECKWITH
                                          Assistant United States Attorney


## ORDER

**IT IS SO ORDERED**:

Dated:  December 20, 2019

/// 

///

///

///

///

///

///

///

///

///

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

## SIXTH AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Brulez, Alyssa
No.: 2:15-CR-00189-GEB-2
Date: December 20, 2019

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall not obtain a passport or other travel documents during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

9. You shall not associate or have any contact with your co-defendants or any victims in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must not operate a motor vehicle without a valid driver's license and proof of insurance; and

12. You must make reasonable efforts to begin making payments and provide proof of payment to Pretrial Services for all traffic fines, fees, and citations in a timely manner.